THE STATE OF MONTANA ON THE RELATION OF THE CITY OF HELENA, MONTANA, A MUNICIPAL CORPORATION, RELATOR, v. THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT, IN AND FOR THE COUNTY OF LEWIS AND CLARK AND JUDGE VICTOR H. FALL, RESPONDENTS.

No. 11832.
Decided March 2, 1970.
464 P.2d 941.

PER CURIAM:

Original proceeding.

Relator seeks an appropriate writ in the nature of supervisory control to annul and vacate an order denying relator's objections to supplemental interrogatories and for other relief.

The relief sought is denied.

The attention of counsel is directed to Longpre v. Joint School Dist. No. 2, 151 Mont. 345, 443 P.2d 1.